RECEIVED
IN LAKE CHARLES, LA

MAR 14 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| LOCAL 106 PLUMBERS & STEAMFITTERS HEALTH & WELFARE FUND, ET AL. | : | CIVIL ACTION NUMBER |
| VERSUS | : | 04-1190 |
| JACOBS PLUMBING & HEATING, INC., ET AL. | : | JUDGE MINALDI MAGISTRATE JUDGE WILSON |

## JUDGMENT OF DISMISSAL

On June 23, 2004, service was perfected against defendants, John Dautriel and Bonnie Dautriel. [*See*, Doc. # 5]. On February 10, 2006, the court issued an order cautioning plaintiffs that said defendants were subject to dismissal if, within the next 11 days (except for good cause shown) they had not filed answers, nor been cast for default, LR 41.3W. *See*, February 10, 2006, Notice of Intent to Dismiss.

The time has since elapsed, and defendants, John Dautriel and Bonnie Dautriel, have not filed answers, have not been cast for default, and good cause has not been alleged.

For the foregoing reasons, plaintiffs' claims against defendants, John Dautriel and Bonnie Dautriel, are hereby DISMISSED, without prejudice. LR 41.3W. Said defendants may be reinstated upon good cause shown during the next thirty (30) days from today.

IT IS SO ORDERED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 13 day of March, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE